# 714          CASES REPORTED WITH BRIEF SYLLABI.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GRACE GERKS Appellant.— Judgment of conviction and order affirmed. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

EDGAR T. SHEPARD, Respondent, v. DODGE STEEL PULLEY CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

GRANT A. FORBES and Others, Respondents, v. THE CITY OF JAMESTOWN, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

NEW YORK CANNERS, INC., Appellant, v. LEWIS M. MILBOURNE and Another, Respondents.— Judgment and order affirmed, with costs. All concur, except Clark, J., who dissents and votes for reversal on the law on the ground that reversible error was committed in receiving evidence on behalf of defendant that no complaints had been made by other customers. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ALBERT R. HATFIELD and MABEL METCALF MERWIN, as Executrix, etc., of JAMES H. MERWIN, Deceased, Respondents, v. WILLIAM E. LEWIS, Appellant.— Interlocutory and final judgments affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

LILLIAN M. BENZ, Respondent, v. SCHNEIDER-TRAPP CORPORATION and Others, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

LIDA M. ALLEN, as Administratrix, etc., of THOMAS G. ALLEN, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Sears, J., who dissents and votes for reversal on the facts on the ground that the verdict is against the weight of the evidence as to contributory negligence of the deceased, and Crouch, J., who dissents and votes for reversal on the law. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FENTON E. MACCALLUM, Appellant, v. EARL PICKENS, Individually and as Executor, etc., and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

ISADORE FLAXMAN, Respondent, v. EZRA E. CLINT, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Judicial Settlement of the Accounts of JOSEPH MICHAELS and MORRIS M. MEYERS, as Trustees of the Estate of RUDOLPH LICHTENSTEIN, Deceased.— Decree, so far as appealed from, affirmed, with costs to respondents payable out of the estate. The provisions of the will being ambiguous, the special guardian was justified in taking this appeal to present his views as to the correct construction of the will, in the interest of his wards. Compensation is, therefore, awarded to him in the sum of $100, and his disbursements on this appeal, payable out of the trust fund in which Solomon Lichtenstein, Jr., and Harry C. Lichtenstein, infants, are interested as residuary legatees. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

MARGARET H. YAX, Respondent, v. ALBERT C. YAX and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.